IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | |
| | § | CASE NO. 1: CR 15-00179 |
| DSD SHHIPPING, *et al.* | § | |
| | § | |
| Defendants. | § | |

## WAIVER OF RIGHT TO A SPEEDY TRIAL

TO THE HONORABLE JUDGE OF THIS COURT:

     DSD SHIPPING, AS (DSD), by and through its attorneys of record, understands that it has the right to have its trial commence within the time required by the Speedy Trial Act, 18 U.S.C. §§ 3161-3174, but has elected to have that time period extended.

     DSD SHIPPING, AS (DSD), by and through its attorneys of record, being fully advised of its rights regarding a speedy trial, knowingly, intelligently and voluntarily waives (GIVES UP) its right to a speedy trial. This decision has been made after it:

(A) was advised by its attorney of the reasons for seeking a continuance;
(B) became aware that the time requested in the extension may be excluded from any calculation of time under the Speedy Trial Act; and,
(C) with full understanding and knowledge, has agreed to the extension of time that has been requested.

## VERIFICATION

I certify under penalty of perjury that the foregoing is true and correct on this the 4th day of August 2015.

DSD SHIPPING, AS

By: _____
    Oddvar Hausken    Managing Director

APPROVED BY:

*/s/ William S. Scully, Jr.*
COUNSEL FOR DEFENDANT

1

## CERTIFICATE OF SERVICE

I hereby certify that, on August 4th, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for movant and all other parties who have enrolled for electronic notification.

/s/ *William S. Scully, Jr.*
William S. Scully, Jr.